IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBBIN OBOMSAWIM            *
                           *
v.                         *     Civil Action No. WMN-12-3410
                           *
TEMPUR-PEDIC NORTH AMERICA, *
LLC, <u>et al.</u>         *
                           *
                           *
                           *

    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

**ORDER**

In accordance with the foregoing Memorandum and for the
reasons stated therein, it is this 5th day of January, 2015, by
the United States District Court for the District of Maryland
ORDERED:

1. That Defendant Tempur-Pedic North America's Motion for
   Summary Judgment and Declaratory Judgment will be GRANTED
   IN PART and DENIED IN PART; in that

   a. Summary Judgment for Tempur-Pedic on Robbin
      Obomsawim's Products Liability Claims is GRANTED;

   b. Declaratory Judgment for Tempur-Pedic is GRANTED,
      the Court having found that Third-Party Defendant,
      Old PFS, Inc., must defend and indemnify Tempur-
      Pedic against Ms. Obomsawim's claims; and

   c. The motion is otherwise denied.

2. Third-Party Defendant Old PFS, Inc.'s Motion for Summary Judgment will be DENIED;

3. Fourth-Party Defendant Cruz Transportation Service's Motion for Summary Judgment will be DENIED; and

4. The Clerk of the Court shall transmit a copy of the foregoing Memorandum and this Order to all counsel of record.


_____/s/_____
William M. Nickerson
Senior United States District Judge